# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BENJAMIN MORALES-CARDENAS,        )
                                  )
        Plaintiff,                )   Case No.  2:15-cv-1508-GMN-GWF
                                  )
vs.                               )   **ORDER**
                                  )
STATE OF NEVADA, et al.,          )
                                  )
        Defendants.               )
_____)

This matter is before the Court on Defendants' Motion to Excuse State Tort Claims Manager's Personal Appearance and Allow Telephonic Appearance (#11), filed on April 28, 2016.

Defendants request that the State Tort Claims Manager, who is responsible for authorizing payments from the State over $500, be allowed to appear telephonically at the Early Mediation Conference in lieu of her physical appearance. Defendants represent that there would be substantial travel related costs if the State Tort Claims Manager was required to physically attend the Early Mediation Conference scheduled on May 13, 2016. The Court finds that Defendants have provided sufficient good cause to justify such an exception. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Excuse State Tort Claims Manager's Personal Appearance and Allow Telephonic Appearance (#11) is **granted**.

DATED this 29th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge